

FILED

05/04/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0095

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0095

JADA KU,

Plaintiff and Appellant,

v.

GREAT FALLS PUBLIC SCHOOLS,

Defendant and Appellee.

FILED

MAY 04 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

On April, 16, 2021, the Court returned the opening brief of Appellant Jada Ku, self-represented in this appeal, because it did not comply with the Montana Rules of Appellate Procedure pertaining to brief contents and record citations, and it did not contain a certificate of compliance. On May 3, 2021, Appellant filed a "Response and Objection to Motion," objecting to the Court's order, stating that Ku is representing herself and is not familiar with the legal process. Ku requests that this Court grant her claims for discrimination and financial compensation for medical, mental, emotional, physical, and legal fees. Appellant includes with the objection an Appendix, including Ku's motion to the District Court to re-open the case and the District Court's order to re-close the case.

While this Court attempts to give some leeway to pro se litigants, there are certain requirements of the Rules of Appellate Procedure that are essential to an appeal. This Court is an appellate court, meaning that the Court does not reconsider all claims or arguments that were presented to a district court. The Court needs to have sufficient facts about what happened in the District Court and the basis for the Appellant's claim that the District Court's final orders must be reversed. Ku must refile the opening brief with an explanation of the basis of her claim that the District Court did something wrong. The brief must include a summary of the relevant facts to the case *that were presented to the District Court*, including the alleged discrimination that occurred and the relevant events that occurred in the District Court. Finally, the Appellant must file with the brief a copy

of the December 10, 2020 District Court Order of Dismissal with Prejudice, which apparently explains its final order to "re-close" the case. The Court will retain the Appendix that Ku provided, and she need not resubmit any of the documents it includes.

IT IS THEREFORE ORDERED that the signed original and nine copies of the referenced "brief" be returned for revisions necessary to comply with this Order. The Clerk shall retain, however, the Appendix that Ku submitted, along with any copies;

IT IS FURTHER ORDERED that a signed original and nine copies of the revised brief ordered herein be filed within thirty (30) days of the date of this Order with the Clerk of this Court and that one copy of the revised brief be served on each counsel of record;

IT IS FURTHER ORDERED that the postage costs for returning the referenced copies of Appellant's brief will be billed to Appellant by the Clerk of this Court and shall be due and payable upon receipt; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

IT IS FURTHER ORDERED that the Appellant's failure to file her opening brief in substantial compliance with this Order and the Rules of Appellate Procedure will result in dismissal of her appeal with prejudice and without further notice.

The Clerk of this Court is directed to mail a true copy of this Order to Appellant and to mail a true copy of this Order to all counsel upon whom the brief was served.

DATED this 4 day of May, 2021.

For the Court,

By _____
Justice

2